## Loop Discount Corporation, Appellee, v. Holleb and Company, Appellant.

### Gen. No. 41,618.

opinion filed March 2, 1943. A. Paul Holleb for appellant; William T. Chism and Derald H. Ruttenberg, of counsel; Philip J. Slotnikoff, for appellee. Opinion by PRESIDING JUSTICE SULLIVAN. ''Not to be published in full.''